# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TATINIA LYONS, | |
| Plaintiff, | |
| v. | No. 19-CV-04763 |
| EQUIFAX INFORMATION SERVICES LLC and VERIZON WIRELESS SERVICES, LLC, a division of VERIZON COMMUNICATIONS, INC., | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey Cummings |
| Defendants. | |

## AGREED MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF COUNSEL

Defendant Verizon Wireless Services, LLC ("Verizon"), respectfully moves this Court to enter an Order withdrawing Butler Weihmuller Katz Craig, LLP, as its counsel and to substitute SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD., as counsel for Verizon in the aforementioned matter.

WHEREFORE, Defendant Verizon Wireless Services, LLC prays that the Court allow the Substitution of Counsel as set forth above.

Respectfully submitted,

*/s/ Matthew D. Kelly*
Matthew Kelly, ARDC#6300175
SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800
mkelly@smsm.com

- 2 -

Respectfully Submitted,

*/s/ Jonathan K. Barger*
Jonathan K. Barger, ARDC#6277079
Butler Weihmuller Katz Craig, LLP
115 S. LaSalle Street, Suite 3200
Chicago, Illinois 60603
(312) 462-9200
jbarger@butler.legal

- 2 -